# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CURTIS SMITH, No. 42043, ) <br> MELVIN LEROY TYLER, No. 09670, ) <br> JEFFREY J. BARMANN, No. 150072, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOB HOLDEN, et al., ) <br> ) <br> Defendants. ) | No. 04-4075-CV-C-NKL |

## ORDER

On April 6, 2006, plaintiff Jeffrey J. Barmann filed a motion to dismiss his claims voluntarily. There being no objections filed by defendants and pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that plaintiff Jeffrey J. Barmann's claims in this case are dismissed, without prejudice [195].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 1, 2006
Jefferson City, Missouri